| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 3:89-CR-11-03-GET |
| RECEIVED 2005 MAY -4 | DOCKET NUMBER *(Rec. Court)* 3:05CR117-A |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of Georgia | DIVISION Newnan |
|---|---|---|
| WILLIE JOE TUCKER Chambers County jail Lanett, Alabama | NAME OF SENTENCING JUDGE Honorable G. ERNEST TIDWELL | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM November 1, 2001 | TO October 31, 2006 |

**OFFENSE**

Conspiracy to Distribute Cocaine
21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE District of ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/4/05
Date

Honorable G. ERNEST TIDWELL
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/14/05
Effective Date

Honorable
United States District Judge