CLOSED, SUBMDJ

RECEIVED
2005 MAY -4 A 10:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# U.S. District Court
## Northern District of Georgia (Newnan)
## CRIMINAL DOCKET FOR CASE #: 3:89-cr-00011-GET-3
### Internal Use Only

Case title: USA v. Davidson, et al
Other court case number: 3:99-cv-00112 ND GA, NEWNAN

Date Filed: 11/08/1989

Assigned to: Judge G. Ernest Tidwell

ATTEST: A TRUE COPY
CERTIFIED THIS
MAY 2 2005
By: [signature]
Luther D. Thomas, Clerk
Deputy Clerk

**Defendant**

**Willie Joe Tucker** (3)
*TERMINATED: 10/23/1990*

**Pending Counts**

21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS
(7)

**Disposition**

CBOP 210 mos. followed by 5 yrs. Supervised Release. Dft to pay $50.00 Special Assessment, $5,000.00 Fine. SENTENCE MODIFIED by Order filed 6/20/01, sentence reduced to CBOP 150 mos. all other conditions of original sentence remain the same.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

| USA | represented by | James W. Kesler<br>Office of United States Attorney<br>Northern District of Georgia<br>75 Spring Street, S.W.<br>600 United States Courthouse<br>Atlanta, GA 30303<br>404-581-6000<br>Email: jim.kesler@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/1989 | | See DEC-10 microfiche docket for previous entries. (yrm) (Entered: 05/04/1992) |
| 11/08/1989 | 1 | INDICTMENT filed. Willie Joe Tucker (3) count(s) 7 (scg) (Entered: 06/21/2001) |
| 10/15/1990 | | Sentencing as to Willie Joe Tucker before Judge G. E. Tidwell (scg) (Entered: 06/21/2001) |
| 10/23/1990 | | JUDGMENT AND COMMITMENT Willie Joe Tucker (3) count(s) 7. CBOP 210 mos. followed by 5 yrs. Supervised Release. Dft to pay $50.00 Special Assessment, $5,000.00 Fine. Signed by Judge G. E. Tidwell (cc:USA,USM,USPO,PSA,DFT,CNSL,FIN) (scg) (Entered: 06/21/2001) |
| 05/25/1994 | | FORTHWITH LETTER for Cert. Read from U.S. Court of Appeals regarding ; Appeal record due on 6/11/94 (db) (Entered: 05/31/1994) |
| 07/05/1994 | 2 | ORDER as to defendant Willie Joe Tucker allowing appeal in forma pauperis by Judge G. E. Tidwell. cc (db) (Entered: 07/08/1994) |
| 06/28/1995 | | Record returned from USCA as to appeal by defendant Willie Joe Tucker. (ab) (Entered: 06/29/1995) |
| 06/28/1995 | | PSI report as to defendant Willie Joe Tucker RETURNED to USPO. (ab) (Entered: 06/29/1995) |
| 06/28/1995 | 4 | Certified copy of JUDGMENT of USCA AFFIRMING judgment of this court. cc:USA, USM, USPO, PSA & Deft Tucker. (ab) (Entered: 06/29/1995) |
| 06/27/1996 | | Case terminated. (db) (Entered: 06/27/1996) |
| 08/10/1999 | 7 | MOTION by defendant Willie Joe Tucker to vacate, set aside or correct sentence with brief in support (3:99-cv-112). (scg) (Entered: 08/10/1999) |
| 08/24/1999 | | SUBMITTED to Judge G. E. Tidwell as to dft Willie Joe Tucker on [7-1] motion to vacate, set aside or correct sentence (scg) (Entered: 08/24/1999) |

| | | |
|---|---|---|
| 10/28/1999 | 9 | Motion by USA as to Willie Joe Tucker to dismiss successive motion to vacate, set aside or correct sentence (scg) (Entered: 10/28/1999) |
| 11/12/1999 | 10 | Reply by Willie Joe Tucker to [9-1] motion by Govt to dismiss successive motion to vacate, set aside or correct sentence (scg) (Entered: 11/18/1999) |
| 11/18/1999 | | SUBMITTED to Judge G. E. Tidwell as to dft Willie Joe Tucker on [9-1] motion by USA to dismiss successive motion to vacate, set aside or correct sentence ***FILE IN CHAMBERS*** (scg) (Entered: 11/18/1999) |
| 02/04/2000 | 11 | ORDER by Judge G. E. Tidwell as to defendant Willie Joe Tucker GRANTING [9-1] motion to dismiss successive motion to vacate, set aside or correct sentence, and DISMING [7-1] motion to vacate, set aside or correct sentence by Willie Joe Tucker. (cc) (yrm) (Entered: 02/09/2000) |
| 02/09/2000 | 12 | JUDGMENT ENTERED DISMISSING motion pursant to 28:2255 to vacate sentence as to defendant Willie Joe Tucker. (cc) (yrm) (Entered: 02/09/2000) |
| 02/09/2000 | | Terminated submissions. (scg) (Entered: 02/16/2000) |
| 02/09/2000 | | Deadline as to defendant Willie Joe Tucker send file to Records Center on 3/12/00 (scg) (Entered: 02/16/2000) |
| 02/16/2000 | | (scg) (Entered: 02/16/2000) |
| 04/27/2001 | 14 | Motion by USA as to Willie Joe Tucker for reduction of sentence pursuant to Rule 35(b) (scg) (Entered: 05/02/2001) |
| 05/02/2001 | | SUBMITTED to Judge G. E. Tidwell as to dft Willie Joe Tucker on [14-1] motion by Govt for reduction of sentence pursuant to Rule 35(b) ***Only motion & docket sheet being sent, file has been transmitted to Federal Records Center*** (scg) (Entered: 05/02/2001) |
| 06/20/2001 | 15 | ORDER by Judge G. E. Tidwell as to dft Willie Joe Tucker GRANTING [14-1] motion by USA for reduction of sentence pursuant to Rule 35(b), the sentence is reduced by 60 mos. to 150 mos., all other conditions of original sentence remain the same. (cc) (scg) (Entered: 06/21/2001) |
| 06/20/2001 | 15 | SENTENCE MODIFIED by Order filed 6/20/01, sentence reduced to CBOP 150 mos. all other conditions of original sentence remain the same. (scg) (Entered: 06/21/2001) |
| 06/21/2001 | | (scg) (Entered: 06/21/2001) |
| 11/14/2001 | 16 | ORDER by Judge G. E. Tidwell as to dfts Willie Joe Tucker & Melba Roberts, unsealing documents previously filed under seal (cc) (scg) (Entered: 11/14/2001) |
| 11/26/2003 | 21 | Order directing Clerk to administratively close all pending counts in cases listed in Exh. A to this order. The U.S. Attorney shall show cause why these counts should not be dismissed with prejudice by 3/1/04. See 1:-04-mi-53 for order and exhibit entered by Judge J. Owen Forrester. (cvga) (Entered: 06/05/2004) |
| 02/26/2004 | 22 | Motion for extension of time by U.S. Attorney to reply to order dated |

|            |    | 11/26/2003. (cvga) (Entered: 06/05/2004)                                                                                                                                                |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 02/26/2004 | 23 | Order granting motion for extension of time. Reply due 04/01/2004. Entered by Judge Orinda D. Evans. (cvga) (Entered: 06/05/2004)                                                       |
| 02/27/2004 | 20 | MOTION by Willie Joe Tucker to terminate supervised release with brief in support. (bsm) (Entered: 03/05/2004)                                                                          |
| 03/05/2004 |    | SUBMITTED to Judge G. E. Tidwell as to Willie Joe Tucker on [20-1] motion to terminate supervised release (bsm) (Entered: 03/05/2004)                                                   |
| 03/29/2004 | 24 | Response by USA to [21-1] order, Count 7 as to Willie Joe Tucker should not be dismissed. (see 1:04-mi-53 for original response) (scg) Modified on 06/10/2004 (Entered: 06/10/2004)      |
| 05/03/2004 | 25 | ORDER by Judge Orinda D. Evans as to Willie Joe Tucker, Count 7 should not be dismissed . (See 1:04-mi-53 for original order) (scg) (Entered: 06/10/2004)                                |

```
                                                                    PAGE 1
3:CR-89-00011-03                                         3:CR-89-00011-03
                  US-V-DAVIDSON
                       as of 08/30/92 at 11:04 AM   RECEIVED

------------------------------------------------- 2005 MAY -4 A 10: 01 --

Judge: JUDGE TIDWELL                                  Case Filed: 11/08/89
                                                DEBRA P. HACKETT, CLK
Defendant:                                       U.S. DISTRICT COURT
                                                 MIDDLE DISTRICT ALA
   D3    TUCKER, WILLIE JOE                                ATTEST: A TRUE COPY
                                                           CERTIFIED THIS

     Dft ID: -11461                                        MAY 2 - 2005

     Defendant terminated: 10/16/90                   Luther D. Thomas, Clerk
                                                      By: [signature]
     Terminated counts:            Disposition           Deputy Clerk
       Narcotics-Heroin/Cocaine:   (Counts 5-6) Dismissed on
         Heroin/Cocaine-Distribution,  govt's motion.  10/16/90
         21:846 (5), Narcotics-
         Heroin/Cocaine:
         Heroin/Cocaine-Distribution,
         21:841 (6)
       Narcotics-Heroin/Cocaine:   (Counts 2,7) IMPR 210 mos Cts
         Heroin/Cocaine-Distribution,  2 & 7, FINE $5000.00
         21:846 (2), Narcotics-      (10/16/90)
         Heroin/Cocaine:
         Heroin/Cocaine-Distribution,
         21:846 (7)

     Offense Level (disposition): FEL

     Total Jail: 210 Mo   Total Fine: $5,000.00

     U S Attorneys:
        KESLER, JAMES W
        221-6488

.................................................................

FINAL COURTRAN  CRIMINAL DOCKEGA-N(NEWNAN) 09/04/92
                                                                    PAGE 2
3:CR-89-00011-03                                         3:CR-89-00011-03
                  US-V-DAVIDSON
                            PROCEEDINGS

11/08/89           Filed indictment (Eleven Ct Indictment (11). Status sheet,
                      filed.) (Dkt'd 11/28/89).
                   Arrest warrant issued (Praecipe, filed. Warrant issued &
                      del USM.) (Dkt'd 11/28/89).
                   Motion by government filed  (MOT#3) (to seal.) (Dkt'd
                      11/28/89).
                   US Attorney GILLEN, CRAIG A added to case (Dkt'd 11/28/89).

                   Order filed (appointing Federal Defender Program for
                      initial appearance only.) (Magistrate Feldman) (Dkt'd
                      11/28/89).

11/09/89           Order filed (of temporary detention pending hearing
                      pursuant to bail reform act. Hearing set for 11/15/89 @
                      10:00 AM) (Magistrate Feldman) (Dkt'd 11/30/89).
```

```
                      Defendant arrested (Dkt'd 11/28/89).
                      Bail hearing held (Hearing scheduled for 11/15/89 @ 10:00
                         AM) (Magistrate Feldman) (Dkt'd 11/28/89).
                      Defendant's first appearance (Magistrate Feldman) (Dkt'd
                         11/28/89).
                      Excludable delay due to hearings on Pretrial Motions began
                         on 11/09/89 and ended on 11/09/89 (RE bndhrgh & dftfstapr)
                         (Dkt'd 11/28/89).

11/15/89              Arraignment held (Counts 2,5-7) (Magistrate Feldman) (Dkt'd
                         11/29/89).
                      Defendant enters plea of not guilty (Counts 2,5-7)
                         (Magistrate Feldman) (Dkt'd 11/29/89).
                      Excludable delay due to hearings on Pretrial Motions began
                         on 11/15/89 and ended on 11/15/89 (RE arrh) (Dkt'd
                         11/29/89).

11/17/89              Order filed (that Financial Affidavit be put under SEAL.)
                         (Magistrate Feldman) (Dkt'd 11/29/89).
                      Filed warrant of arrest executed by arrest on 11/09/89
                         (Dkt'd 12/01/89).

11/27/89              Filed personal appearance bond in the amount of $75,000.00
                         (Magistrate Feldman) (Dkt'd 12/01/89).

11/29/89              Mark the beginning of a potential excludable period of type
                         X-E starting on 11/29/89 and not to extend beyond 11/29/89
                         ((In re MOTFXT on 11/29/89)) (Dkt'd 12/01/89).

11/30/89              Case assigned to JUDGE TIDWELL (Dkt'd 12/08/89).

12/07/89              Mark the beginning of a potential excludable period of type
                         X-E starting on 12/07/89 and not to extend beyond 01/05/90
                         ((In re MOTF DFT # 9 on 12/7/89)) (Dkt'd 12/11/89).

FINAL COURTRAN    CRIMINAL DOCKEGA-N(NEWNAN) 09/04/92
                                                                        PAGE 3
3:CR-89-00011-03                                          3:CR-89-00011-03
                       US-V-DAVIDSON
                                 PROCEEDINGS

12/12/89              Motion  (pre-trial motion) filed   (MOT#17) (Counts 2,5-7)
                         (for discovery w/brief.) (Dkt'd 12/14/89).
                      Motion  (pre-trial motion) filed   (MOT#18) (Counts 2,5-7)
                         (to allow participation in Voir Dire w/brief.) (Dkt'd
                         12/14/89).
                      Motion  (pre-trial motion) filed   (MOT#19) (Counts 2,5-7)
                         (for information regarding prior bad acts of dft or any co-
                         dft w/brief.) (Dkt'd 12/14/89).
                      Motion  (pre-trial motion) filed   (MOT#20) (Counts 2,5-7)
                         (for additional preemptory challenges w/brief.) (Dkt'd
                         12/14/89).
                      Mark the beginning of a potential excludable period of type
                         X-E starting on 12/12/89 and not to extend beyond 01/10/90
                         ((In re MOTF DFT #3 on 12/12/89)) (Dkt'd 12/14/89).

12/14/89              Mark the beginning of a potential excludable period of type
                         X-E starting on 12/14/89 and not to extend beyond 01/12/90
                         ((In re MOTFPM DFT # 7 on 12/14/89)) (Dkt'd 12/21/89).

12/15/89              Motion  (pre-trial motion) filed   (MOT#22) (Counts 2,5-7)
                         (Dkt'd 12/21/89).
                      Mark the beginning of a potential excludable period of type
                         X-E starting on 12/15/89 and not to extend beyond 01/13/90
                         ((In re MOTFPM DFT #3 on 12/15/89)) (Dkt'd 12/21/89).
```

```
12/18/89           Mark the beginning of a potential excludable period of type
                      X-E starting on 12/18/89 and not to extend beyond 01/16/90
                      ((In re MOTF DFT #1 on 12/18/89)) (Dkt'd 12/28/89).

01/11/90           US Attorney GILLEN, CRAIG A deleted from case (Dkt'd
                      01/19/90).
                   US Attorney KESLER, JAMES W added to case (Dkt'd 01/19/90).

01/17/90           Mark the beginning of a potential excludable period of type
                      X-E starting on 01/17/90 and not to extend beyond 02/15/90
                      ((In re MOTFSE,DD RE DFT #1 on 1/17/90)) (Dkt'd 01/23/90).
                   Mark the beginning of a potential excludable period of type
                      X-E starting on 01/17/90 and not to extend beyond 02/15/90
                      ((In re MOTFLW,PM,SE,DI,LI RE DFT #5 on 1/17/90)) (Dkt'd
                      01/23/90).

01/29/90           Motion for continuance filed  (MOT#64) (by Govt.) (Dkt'd
                      02/01/90).
                   Mark the beginning of a potential excludable period of type
                      X-E starting on 01/26/90 and not to extend beyond 02/24/90
                      ((In re RE MOTF DFT # 1 on 1/26/90)) (Dkt'd 02/01/90).
                   Mark the beginning of a potential excludable period of type
                      X-E starting on 01/22/90 and not to extend beyond 02/20/90
```

FINAL COURTRAN  CRIMINAL DOCKEGA-N(NEWNAN) 09/04/92
                                                                    PAGE 4
3:CR-89-00011-03                                  3:CR-89-00011-03
              US-V-DAVIDSON
                        PROCEEDINGS

```
                      ((In re MOTF DFT #2 on 1/22/90)) (Dkt'd 02/01/90).
                   Mark the beginning of a potential excludable period of type
                      X-E starting on 01/25/90 and not to extend beyond 02/23/90
                      ((In re MOTF DFT # 7 on 1/25/90)) (Dkt'd 02/01/90).
                   Mark the beginning of a potential excludable period of type
                      X-E starting on 01/29/90 and not to extend beyond 02/27/90
                      ((In re MOTFCO on 1/29/90)) (Dkt'd 02/01/90).

02/01/90           Order filed (outline discovery, etc., hearing set for
                      2/8/90 at 1:30 PM, DENYING Govt's motinfor lis pendins.)
                      (Magistrate Strother) (Dkt'd 03/22/90).
                   Motion  (pre-trial motion) granted in part: denied in part
                      (MOT#17) (JUDGE TIDWELL) (Dkt'd 03/22/90).
                   -  (MOT#'s 18,19,20,22) (motions deferred. Response of Govt
                      to dft's motion for notice by U S of intention to use
                      eivdence arguably.) (Dkt'd 03/22/90).

02/21/90           Order filed (setting hearing for 2/22/90 at 10:00 AM)
                      (Magistrate Strother) (Dkt'd 03/22/90).

03/20/90           Order filed (granting continuance of trial til 7/9/90 @9:30
                      AM) (JUDGE TIDWELL) (Dkt'd 03/28/90).
                   Trial date set for 07/09/90 @ 9:30 AM (Counts 2,5-7) (JUDGE
                      TIDWELL) (Dkt'd 03/28/90).

03/29/90           - Court took Mag's R & R under advisement. Court directed U
                      S to supply dft Davidson a bill of particulars within 20
                      days. (Dkt'd 04/10/90).

04/05/90           Order filed (adopting the Mag's R & R as Order of this
                      Court.) (JUDGE TIDWELL) (Dkt'd 04/25/90).

07/06/90           Motion to change plea and order allowing same filed (Counts
```

```
                              2,7) (JUDGE TIDWELL) (Dkt'd 11/15/90).
                         Defendant enters plea of guilty (Counts 2,7) (with
                              negotiated plea.) (JUDGE TIDWELL) (Dkt'd 11/15/90).
                         Sentencing set for 10/15/90 @ 2:30 PM (Counts 2,7) (JUDGE
                              TIDWELL) (Dkt'd 11/15/90).
                         Notice of sentencing date sent (Counts 2,7) (served by Ctrm
                              deputy.) (Dkt'd 11/15/90).

07/13/90                 Excludable delay due to hearings on Pretrial Motions began
                              on 11/29/89 and ended on 02/01/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 12/07/89 and ended on 03/29/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 12/12/89 and ended on 02/01/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 12/14/89 and ended on 03/29/90 (Dkt'd 07/23/90).

FINAL COURTRAN  CRIMINAL DOCKEGA-N(NEWNAN) 09/04/92
                                                                    PAGE 5
3:CR-89-00011-03                               3:CR-89-00011-03
                     US-V-DAVIDSON
                              PROCEEDINGS

                         Excludable delay due to hearings on Pretrial Motions began
                              on 12/15/89 and ended on 02/01/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 12/18/89 and ended on 02/01/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 01/17/90 and ended on 02/13/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 01/17/90 and ended on 03/29/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 01/22/90 and ended on 02/01/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 01/25/90 and ended on 02/23/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 01/26/90 and ended on 03/05/90 (Dkt'd 07/23/90).
                         Excludable delay due to hearings on Pretrial Motions began
                              on 01/29/90 and ended on 07/09/90 (Dkt'd 07/23/90).

08/16/90                 Motion  filed  (MOT#95) (for copy of transcript of selected
                              portions of trial testimony by dft.) (Dkt'd 08/30/90).

08/28/90                 Submitted to JUDGE TIDWELL on motion   (MOT#95) (Dkt'd
                              08/30/90).

09/10/90                 Motion  granted  (MOT#95) (granting dft copy of selected
                              protions of trial transcript.) (JUDGE TIDWELL) (Dkt'd
                              11/15/90).

09/18/90                 Motion by government filed  (MOT#102) (for revocation of
                              release and Order granting same, dircting Clerk to issue
                              warrant.) (JUDGE TIDWELL) (Dkt'd 11/15/90).
                         Arrest warrant issued (delivered to USM.) (Dkt'd 11/15/90).


10/02/90                 - application for writ habeas Corpus Ad Pros, Writ issued.
                              (Dkt'd 11/15/90).

10/09/90                 Filed transcript of proceedings for 07/05/90 (JUDGE
                              TIDWELL) (Dkt'd 11/15/90).

10/16/90                 - CJA 24 for transcripts in the amount of $448.50 with
                              approval. (JUDGE TIDWELL) (Dkt'd 11/15/90).
                         Dismissed on government's motion (Counts 5-6) (JUDGE
```

```
                    TIDWELL) (Dkt'd 11/15/90).
              Sentencing of defendant (Counts 2,7) (IMPR 210 mos Cts 2 &
                 7, FINE $5000.00  5 yrs Supervised Release, Special
                 Assessment $100.00) (JUDGE TIDWELL) (Dkt'd 11/15/90).
              Issued judgment and commitment to U.S. Marshal (Counts 2,7)
                 (JUDGE TIDWELL) (Dkt'd 11/15/90).


FINAL COURTRAN  CRIMINAL DOCKEGA-N(NEWNAN) 09/04/92
                                                                   PAGE 6
     3:CR-89-00011-03                           3:CR-89-00011-03
                   US-V-DAVIDSON
                                  PROCEEDINGS

10/23/90      Filed notice of appeal (Counts 2,7) (APPL#1) (copy to USCA
                 w/dkt & J & C (fee dp) (ack 90-8993)) (Dkt'd 11/15/90).

11/20/90      - Marshal's return of service on arrest warrant no date in
                 entry. (Dkt'd 05/02/91).

12/11/90      - (APPL#1) (Letter from USCA re transcript.) (Dkt'd
                 05/02/91).

01/10/91      Motion   filed  (MOT#105) (to ext time for filing motion
                 pursuant to Rule 35 (to GET)) (Dkt'd 05/02/91).

01/17/91      Motion   granted  (MOT#105) (JUDGE TIDWELL) (Dkt'd 05/02/91).


02/06/91      Filed transcript of proceedings for 10/15/90 (JUDGE
                 TIDWELL) (Dkt'd 05/02/91).

04/05/91      Order filed (upon consent for USAtty to remove original
                 file from office for preparation of record on appeal. Orig
                 file released to Jim Kessler AUSA.) (JUDGE TIDWELL) (Dkt'd
                 05/02/91).

04/15/91      - Addendum to Govt's motion for leave to file dismissal and
                 ORDER that upon motion of Govt that Cts 2,,6 (previously
                 dismissed) are granted. (JUDGE TIDWELL) (Dkt'd 05/02/91).
           ..........................................................

     End of docket
```