IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 3:89-CR-11-03 |
| WILLIE JOE TUCKER | |
| Defendant | |

### ORDER

The Government's Motion for A Reduction of Defendant Tucker's Sentence Pursuant to Rule 35(b) [doc. no. 14] is hereby GRANTED. The original custodial sentence of 210 months is hereby reduced by 60 months. The sentence issued on October 15, 1990 is hereby reduced to a sentence of ONE HUNDRED FIFTY MONTHS in the custody of the Bureau of Prisons. All other conditions of the original sentence remain the same.

SO ORDERED this ___19___ day of June, 2001.

G. ERNEST TIDWELL, JUDGE
UNITED STATES DISTRICT COURT

AO 72A
(Rev.8/82)