PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for the

# MIDDLE DISTRICT OF ALABAMA

### Petition for Warrant or Summons for Offender Under Supervision

RECEIVED
2005 MAY 13  A 9:09
DEBRA P. HACKETT, CLK
U.S. DISTRICT
MIDDLE DISTRICT ALA.

Name of Offender: Willie Joe Tucker                    Case Number: 3:05CR117-A

Name of Sentencing Judicial Officer: The Honorable G. Ernest Tidwell, United States District Judge
(Northern District of Georgia)
Jurisdiction Transferred to Middle District of Alabama: February 14, 2005

Reassigned Judicial Officer: The Honorable W. Harold Albritton, Senior United States District Judge

Date of Original Sentence: October 15, 1990
Date of Reduced Sentence: June 19, 2001

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 210 months custody followed by 5 years of supervised release
Sentence Reduced: 150 months custody followed by 5 years of supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: November 1, 2001

Assistant U.S. Attorney:                                              Defense Attorney:
_____

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1- Mandatory Condition: "The defendant shall not commit another federal, state, or local crime." | On December 19, 2004, Willie Joe Tucker was arrested by the Lanett Alabama Police Department and charged with Driving Under the Influence, Running a Stop Sign, and felony Assault II (on a police officer). On January 25, 2005, Tucker pled guilty to the Driving Under the Influence and Running Stop Sign charges in the Lanett Alabama Municipal Court. He then appealed those convictions and they are pending in Chambers County Circuit Court. The Assault II charge is pending in Chambers County awaiting Grand Jury proceedings that are scheduled to be heard in August, 2005. |

**SCANNED**



PROB 12C
(7/93)

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
    [X]  revoked.
    [ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 12, 2005_

_James Chappell_
United States Probation Officer

Reviewed and approved: _____
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

5/18/05
Date