IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v                         )          CR. NO. 3:05cr117-A
                                  )
WILLIE JOE TUCKER                 )

## ORDER

The court finds that the defendant is eligible for the appointment of counsel

pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Public Defender be and is hereby appointed to represent the

defendant for all further proceedings.  Appointed counsel shall file a written notice of

appearance with this court.

A supervised release revocation hearing in this case is set for Friday, May 27,

2005, at 9:00 a.m.

DONE this 25th day of May, 2005.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE