IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr117-A |
| WILLIE JOE TUCKER ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Revocation Hearing, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the revocation hearing set in this case for May 27, 2005, is CONTINUED and RESET for Friday, June 17, 2005, at 9:00 a.m.

DONE this 27th day of May, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE