# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. W. HAROLD ALBRITTON, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   6/17/05           AT:   9:00 a.m.
DATE COMPLETED:   6/17/05           AT:   9:40 a.m.

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | CR. NO. 3:05CR117-A |
| | § | |
| WILLIE JOE TUCKER | § | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Hardwick | | Jennifer Hart |

COURT OFFICIALS PRESENT:

Tyler Sande, Law Clerk                                         James Chappell, USPO
Kelli Gregg, Courtroom Clerk
Risa Entrekin, Court Reporter

COURTROOM PROCEEDINGS:

( X) **Supervised Release Revocation Hearing**

9:00 a.m. -   Court convenes.
Court discusses violations that defendant committed while on supervised release.
Defendant pleads not guilty to violations.
Government calls their first witness Michael J. Jones to testify.
Defense counsel cross- examines witness Jones.
Defense counsel asks for the low end of the sentencing guideline range of 15 months.
Court finds defendant guilty of his violations.
Defense counsel introduces exhibits 1 and 2 to be placed under seal by the court.
Court sentences defendant and advises him of his right to an appeal.
Defendant is remanded to the custody of the USMS.

9:40 a.m. -   Court is in recess.