| DEFENDANTS ' EXHIBITS | UNITED STATES OF AMERICA |
|---|---|
| CR NO. 3:05CR117-A | vs WILLIE JOE TUCKER |
| **SUPERVISED RELEASE REVOCATION HEARING** | **PRESIDING JUDGE: W. HAROLD ALBRITTON** |
| **exhibits placed under seal** | **Court Reporter: Risa Entrekin** |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 6/17/05 | 6/17/05 | 1 | | | E:Mail to J. Hart |
| YES | 6/17/05 | 6/17/05 | 2 | | | Eleventh Circuit Brief |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |