IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 3:05CR117-A |
| | ) | |
| WILLIE JOE TUCKER    . | ) | SUPEVISED RELEASE REVOCATION HEARING: 6/17/05 |

Before: Hon. W. Harold Albritton

**WITNESS LIST**

| GOVERNMENT | DEFENDANT |
|---|---|
| Michael J. Jones | |