AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

**DEFENDANT:** WILLIE JOE TUCKER
**CASE NUMBER:** 3:05CR117-A

**RECEIVED**
2005 OCT 20  A 10: 18
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Twenty one (21) months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

OCT 20 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __10-13-2005__ to __FCC Yazoo Med.__

a __Yazoo City, MS__ with a certified copy of this judgment.

Constance Reese, Warden
~~UNITED STATES MARSHAL~~

By _____ LIE
~~DEPUTY UNITED STATES MARSHAL~~